**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Marvin Jerome DAMON, Defendant–
Appellant.**

**No. 00–4707.**

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 24, 2001.

Decided Sept. 5, 2001.

---

Robert L. Flax, Flax & Stout, Richmond, VA, for appellant. Kenneth E. Melson, United States Attorney, David J. Novak, Assistant United States Attorney, Richmond, VA, for appellee.

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

Marvin Jerome Damon appeals from the district court's order upholding his guilty plea on remand. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Damon*, No. CR–95–45 (E.D.Va. Aug. 14, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*